**Order issued February 18, 2021**



**In The**
## Court of Appeals
**For The**
## First District of Texas

---

### NO. 01-20-00298-CV

---

**MAGED GABRA, Appellant**
**V.**
**VIOLA GABRA, Appellee**

---

**On Appeal from 51st District Court**
**Tom Green County, Texas**
**Trial Court Cause No. A-19-0060-F**

---

### ORDER

On January 22, 2021, appellee filed a supplemental brief and a motion for leave to file a supplemental brief. *See* TEX. R. APP. P. 38.7. On January 29, 2021, appellant filed an objection to appellee's motion for leave and a motion to strike the supplemental brief. After considering the motions, we **deny** appellee's motion for leave to file a supplemental brief, and we **strike** the supplemental brief. Because we have denied appellee's motion and struck the supplemental brief, appellant's motion is **denied as moot**.

It is so **ORDERED.**

/s/ Chief Justice Sherry Radack
**Acting Individually**